# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MURRAY ENERGY CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:16-cv-02506 (RCL) |
| | ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, | ) | |
| | ) | |
| Defendants, and | ) | |
| | ) | |
| APPALACHIAN VOICES, 589 West King Street Boone, NC 28607; | ) | |
| | ) | |
| CENTER FOR COALFIELD JUSTICE, 184 S. Main Street Washington, PA 15301; | ) | |
| | ) | |
| COAL RIVER MOUNTAIN WATCH, 7503 Coal River Road Naoma, WV 25140; | ) | |
| | ) | |
| COOK INLETKEEPER, 3734 Ben Walters Lane Homer, AK 99603; | ) | |
| | ) | |
| NORTHERN PLAINS RESOURCE COUNCIL, 220 S. 27th Street Suite A Billings, MT 59101; | ) | |
| | ) | |
| OHIO VALLEY ENVIRONMENTAL COALITION, PO Box 6753 Huntington, WV 25773; | ) | |

| | |
|---|---|
| SIERRA CLUB,<br>2101 Webster St. Suite 1300<br>Oakland, CA 94612; | )<br>)<br>)<br>) |
| SOUTHERN APPALACHIAN<br>MOUNTAIN STEWARDS,<br>PO Box 849<br>Norton, VA 24273; | )<br>)<br>)<br>)<br>) |
| STATEWIDE ORGANIZING FOR<br>COMMUNITY EMPOWERMENT,<br>PO Box 479<br>Lake City, TN 37769; | )<br>)<br>)<br>)<br>) |
| WATERKEEPER ALLIANCE,<br>50 S. Buckhout Suite 302<br>Irvington, NY 10533; | )<br>)<br>)<br>) |
| WEST VIRGINIA HIGHLANDS<br>CONSERVANCY,<br>PO Box 306<br>Charleston, WV 25321; | )<br>)<br>)<br>)<br>) |
|            Movants. | )<br>) |

**MOTION TO INTERVENE AS DEFENDANTS, FILED BY APPALACHIAN VOICES, CENTER FOR COALFIELD JUSTICE, COAL RIVER MOUNTAIN WATCH, COOK INLETKEEPER, NORTHERN PLAINS RESOURCE COUNCIL, OHIO VALLEY ENVIRONMENTAL COALITION, SIERRA CLUB, SOUTHERN APPALACHIAN MOUNTAIN STEWARDS, STATEWIDE ORGANIZING FOR COMMUNITY EMPOWERMENT, WATERKEEPER ALLIANCE, AND WEST VIRGINIA HIGHLANDS CONSERVANCY**

Pursuant to Federal Rules of Civil Procedure 24(a), (b), (c), and Local Rule 7(j) of this Court, Appalachian Voices, Center for Coalfield Justice, Coal River Mountain Watch, Cook Inletkeeper, Northern Plains Resource Council, Ohio Valley Environmental Coalition, Sierra Club, Southern Appalachian Mountain Stewards, Statewide Organizing for Community eMpowerment, Waterkeeper Alliance, and West Virginia Highlands Conservancy (collectively, "Movants") hereby move this Court for leave to intervene in this proceeding as defendants.

Movants seek intervention as of right under Rule 24(a)(2), or, in the alternative, permissive intervention under Rule 24(b)(1). In support of this motion, Movants submit the accompanying Memorandum of Points and Authorities and the attached Exhibits.

Movants have conferred with counsel for the parties. Government counsel has indicated to Counsel for Movants that Defendants take no position on Movants' intervention. Counsel for Plaintiff Murray Energy has informed Counsel for Movants that Plaintiff will formulate its position once it has seen the motion.

Pursuant to the procedure set forth in Rule 24(c), Movants state the following as grounds for this Motion to Intervene:

1. This action is a challenge by a coal company, Murray Energy Corporation, to the Stream Protection Rule, 81 Fed. Reg. 93,066 (Dec. 20, 2016) ("the Rule"), which the Office of Surface Mining Reclamation and Enforcement ("OSMRE") promulgated in 2016 after years of rulemaking, pursuant to the Surface Mining Control and Reclamation Act ("SMCRA").  Plaintiff seeks vacatur of the Rule, as well as declaratory and other relief.  Movants are national and local nonprofit environmental, conservation, and community organizations that share common interests in maintaining and promoting the integrity of the waterways, mountains, wildlife, and other natural resources which receive certain protections from the Rule, and which their members and their members' families regularly enjoy across the regulated area, including in Appalachia, the West, and Alaska.  Movants' and their members' interests are threatened by Plaintiff's suit, which, among other things, seeks a declaratory judgment and a broad ruling to vacate the Rule.  Movants therefore respectfully request intervenor status as defendants to protect their and their members' interests in ensuring that the Stream Protection Rule is not weakened, vacated, or rendered ineffective.

2. Movants satisfy each requirement for intervention of right, pursuant to Federal Rule of Civil Procedure 24(a): they claim an interest in the subject of this action; they are so situated that the disposition of the action may, as a practical matter, impair or impede their ability to protect that interest; their interest may not be adequately represented by parties to the case; and this motion is timely.

3. Movants also satisfy the prerequisites for permissive intervention, pursuant to Federal Rule of Civil Procedure 24(b), because their defense and the main action share common questions of law and fact, and their intervention will not delay or prejudice the adjudication of any rights or defenses of the Parties.

Based on the grounds asserted in this Motion to Intervene and in the supporting Memorandum of Points and Authorities, Movants ask this Court to grant them intervention as of right pursuant to Federal Rule of Civil Procedure 24(a) or, in the alternative, to grant permissive intervention pursuant to Rule 24(b).

DATED: January 18, 2017

> Respectfully submitted,
>
> */s/ Emma C. Cheuse*
>
> */s/ Neil E. Gormley*
>
> */s/ Jennifer C. Chavez*
>
> Emma C. Cheuse (D.C. Bar No. 488201)
> Neil E. Gormley (D.C. Bar No. 1008462)
> Jennifer C. Chavez (D.C. Bar No. 493421)
> Earthjustice
> 1625 Massachusetts Ave NW, Ste. 702
> Washington, D.C. 20036
> T: 202.667.4500
> E: echeuse@earthjustice.org
> E: ngormley@earthjustice.org
> E: jchavez@earthjustice.org

Kenta Tsuda (Alaska Bar No. 1605046)*
Thomas S. Waldo (Alaska Bar No. 9007047)*
Earthjustice
325 Fourth Street
Juneau, AK 99801-1145
T: 907.586.2751
E: ktsuda@earthjustice.org
E: twaldo@earthjustice.org
*pro hac vice to be filed

*Counsel for Movants Appalachian Voices, Center for Coalfield Justice, Coal River Mountain Watch, Cook Inletkeeper, Northern Plains Resource Council, Ohio Valley Environmental Coalition, Sierra Club, Southern Appalachian Mountain Stewards, Statewide Organizing for Community eMpowerment, Waterkeeper Alliance, and West Virginia Highlands Conservancy*

Peter Morgan
Sierra Club Law Program
1536 Wynkoop St. Ste 312
Denver, CO 80202
T: 303.454.3367
E: peter.morgan@sierraclub.org

*Co-counsel for Movant Sierra Club*