UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MURRAY ENERGY CORPORATION )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE INTERIOR, )<br>)<br>*Defendant*. )<br>) | Civil Action No. 1:16-cv-02506-RC<br><br>JUDGE ROYCE C. LAMBERTH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Murray Energy Corporation ("Murray"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby notifies the Court that Murray voluntarily dismisses its Amended Complaint. (ECF No. 21). The defendant, United States Department of the Interior, has not answered Murray's Amended Complaint or moved for summary judgment on any of the claims asserted therein. Therefore, Murray's dismissal of its Complaint is permitted by Fed. R. Civ. P. 41(a)(1)(A)(i) without a Court Order.

Dated: April 18, 2017

Respectfully submitted,

/s/ *James T. Banks*
James T. Banks
(D.C. Bar No. 261156)
Justin A. Savage
(D.C. Bar No. 466345)
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600 (tel.)
(202) 637-5910 (fax)
james.banks@hoganlovells.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2017, I filed the foregoing Plaintiff's Notice of Voluntary Dismissal of Plaintiff's Amended Complaint [ECF No. 21] using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *James T. Banks*